**THE LAW OFFICE OF JOSEPH MAURO, LLC**          **(631) 669-0921**
**306 McCALL AVE.**                              **(631) 669-5071 fax**
**WEST ISLIP, NY  11795**

November 2, 2009

Honorable E. Thomas Boyle, U.S.M.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Hearn v. Mercantile Adjustments Bureau Services
        EDNY 09-2685

Dear Judge Boyle:

        I am writing to confirm that the parties have settled the matter in principal, and are in the process of exchanging the settlement funds and documents. We intend to file a Stipulation of Dismissal with the Court immediately upon the conclusions of this exchange.

Sincerely,

Joseph Mauro
Attorney for Plaintiff

CC:  Barry Jacobs, Esq. Esq.
       Via ECF