**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ X

John Hearn

                                 **Plaintiffs**        **Docket No. 09-2685**

**-against-**

                                 **Defendants**

Mercantile Adjustment Bureau, LLC

_____

## STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party. This stipulation may be filed without further notice with the clerk of the Court.


S/ JOSEPH MAURO            11/16/2009
Joseph Mauro, Esq.           Date
Attorney for Plaintiff


S/ BARRY JACOBS           11/16/2009
Barry Jacobs, Esq.            Date
Attorney for Defendant